[No. 4757–1. Division One. March 6, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES RODMAN CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7698, Phillip G. Sheridan, J., entered May 7, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5122–1. Division One. March 6, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RODONEY LYNN GRAYBEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9119, Jack S. Kurtz, J., entered October 7, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5157–1. Division One. March 6, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MYRON L. PETERSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9212, Byron L. Swedberg, J., entered November 3, 1976. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and James, J.